IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KEITH FRISTON**                                                                              **PETITIONER**

**V.**                                                          **NO. 4:18-CV-207-DMB-JMV**

**ATTORNEY GENERAL OF THE**
**STATE OF MISSISSIPPI**                                              **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Order entered this day, Keith Friston's petition for a writ of habeas corpus [1] is **DENIED**. A certificate of appealability is **GRANTED** with respect to his claim regarding the propriety of mistrial and **DENIED** in all other respects.

**SO ORDERED**, this 28th day of May, 2021.

                                                        **/s/Debra M Brown**
                                                        **UNITED STATES DISTRICT JUDGE**